*John M. Harlan, Clarence B. Campbell, Jerome S. Zurkow* and *Philip C. Scott* for appellants.

*Mortimer M. Kassell* and *Paul Newman* for State Tax Commission, *amicus curiæ,* in support of appellant's position.

*William W. Pellet* for respondents.

Order affirmed, with costs payable out of the estate; no opinion. [See 297 N. Y. 472.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of INTERCONTINENT CORPORATION, Respondent. CURTISS-WRIGHT CORPORATION, Appellant.

Argued February 18, 1947; decided April 10, 1947.

*James H. Halpin* and *Rhoda E. Leshine* for appellant.
*Leonard P. Moore* and *Edward R. Neaher* for respondent.
Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of the Claim of JAMES NEWTON, Respondent, against SPEAR & COMPANY, Appellant, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Respondent.

WORKMEN'S COMPENSATION BOARD, Respondent.

Argued February 19, 1947; decided April 10, 1947.